UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| TDY INDUSTRIES, LLC, | § | |
| --- | --- | --- |
| Plaintiff | § | |
| v. | § | NO. 2:18-CV-00296-SWS/MLC |
| BTA OIL PRODUCERS, LLC, | § | |
| Defendant. | § | |

**Exhibit List For**
**TDY'S Memorandum in Support of Its Motion for Partial Summary Judgment**

| Exhibit | Document Title |
| --- | --- |
| 1 | Patent Number 1063845, demarcated as Las Cruces 043644 |
| 2 | Patent Number 1063938, demarcated as Las Cruces 043645 |
| 3 | Patent Number 1071697, demarcated as Las Cruces 048290 |
| 4 | Patent Number 1097096, demarcated as Las Cruces 048291 |
| 5 | Patent Number 1080845, demarcated as Las Cruces 050161 |
| 6 | Patent Number 108243, demarcated as Las Cruces 050162 |
| 7 | Patent Number 1073136, demarcated as Las Cruces 048289 |
| 8 | May 13, 1933 Deed Santa Fe Pacific Railroad Company to United States Potash Co |
| 9 | Six Deeds from Santa Fe Pacific Railroad Company to United States Potash Co |
| 10 | Excerpts of the Deposition of Derek West |
| 11 | Excerpts of the Deposition of Nathan Francis, Representative of U.S. Borax |
| 12 | Excerpts of the Deposition of Willis Price, Representative of BTA |
| 13 | Excerpts of the Deposition of Paul E. Cash |
| 14 | Declaration of Paul E. Cash |
| 15 | 1968 Annual 10-K Report for United States Borax & Chemical Corporation |
| 16 | June 5, 1968 Land Inventory |
| 17 | July 15, 1968 Warranty Deed 895, filed of record on August 8, 1968 |
| 18 | July 15, 1968 Warranty Deed 897, filed of record on August 8, 1968 |
| 19 | July 15, 1968 Warranty Deed 896, filed of record on August 8, 1968 |
| 20 | July 15, 1968 Warranty Deed 893, filed of record on August 8, 1968 |
| 21 | 1968 CARCO Mortgage to United States Borax & Chemical Corporation |
| 22 | May 8, 1968, El Paso Times reported "Carlsbad Borax to Dallas Firm" |
| 23 | August 8, 1968, Las Cruces Sun-News reported "Continental Buys U.S. Borax Co." |
| 24 | August 11, 1968, Clovis News Journal reported "Potash Industry to Get Big Boost?" |

143855117.1

| 25 | April 14, 1969 Transmittal Letter for corrective Warranty Deed |
|---|---|
| 26 | July 10, 1969, Warranty Deed CARCO to U.S. Potash & Chemical Company |
| 27 | August 3, 1970 Mortgage of Real Estate to Southwest Potash Corporation |
| 28 | November 17, 1970 Letter from M. Rosenberg to Donald R. Thielen |
| 29 | December 30, 1971 Mortgage of Real Estate to LaSalle National Bank |
| 30 | 1972 Data Concerning the Possible Acquisition of CARCO and NECO by Teledyne |
| 31 | January 1, 1972 Land Inventory |
| 32 | March 11, 1972 Agreement for Sale and Purchase of Assets |
| 33 | July 31, 1972 U.S. Potash & Chemical Company Changed its Name to Teledyne Potash, Inc. |
| 34 | June 24, 1974 Teledyne Potash, Inc. Changed its Name to U.S. Potash, Inc. |
| 35 | August 8, 1969 Mortgage to American National Bank & Trust Company of Chicago |
| 36 | July 31, 2015 Opinion of Title issued by William B. Burford |
| 37 | May 22, 1973 Appraisal of Teledyne, Inc., Oil and Gas Interests by Edward E. Kinney |
| 38 | Davis Expert Report Exhibit 4 |
| 39 | Chart of TDY Oil & Gas Leases on Disputed Acreage issued from 1974 to 2015 prepared by Expert Carter Davis |
| 40 | January 30, 1974, Amoco Original Title Opinion |
| 41 | August 16, 1978 Amoco Supplemental Title Opinion |
| 42 | Davis Expert Report Exhibit 9 |
| 43 | Davis Expert Report Exhibit 10 |
| 44 | Davis Expert Report Exhibit 12 |
| 45 | Davis Expert Report Exhibit 13 |
| 46 | June 3, 1992 Memorandum from Jack H Hamilton to Doug Grant regarding Recompletion of Teledyne #20 Gas Well |
| 47 | July 15, 1968 Quit Claim Deed issued by U.S. Borax Inc. to TDY Industries, Inc. |
| 48 | Excerpts of the Deposition of Rose Marie Manley, Represenative of TDY |
| 49 | Excerpts from the Deposition of Jimmy Proe |
| 50 | May 27, 2010 Email from Wendel Schoenberger to Jimmy Proe |
| 51 | April 15, 2010 Oil & Gas Lease between TDY Industries, Inc. and C. Wendel Schoenberger, L.P. |
| 52 | April 26, 2010 Oil & Gas Lease between TDY Industries, Inc. and C. Wendel Schoenberger, L.P. |
| 53 | April 15, 2010 Memorandum of Term Assignment of Oil and Gas Leases from C. Wendel Schoenberger, L.P. and to Mesquite SWD, Inc. to COG Production, LLC |
| 54 | April 17, 2012 Email from Kyle Pierce to Jimmy Proe |
| 55 | April 20, 2012 Email from Lauren McAndrews to Jimmy Proe |
| 56 | June 18, 2012 Email from Jimmy Proe to Kyle Pierce |
| 57 | March 28, 2017 COG Operating LLC check in the about of $11,251.88 |

143855117.1

| 58 | 2014 BTA Offer Letter to purchase an Oil & Gas Lease on Section 20 |
|----|---|
| 59 | May 1, 2014 Mineral/Leasehold Takeoff by Clay Johnson |
| 60 | October 30, 2014 Oil and Gas Lease between TDY Industries, LLC and BTA Oil Producers, LLC |
| 61 | August 17, 2015 Email from Kent O. Christensen to Jimmy Proe |
| 62 | November 16, 2015 Willis Price Email to Jimmy Proe |
| 63 | September 28, 2015 Email from Jimmy Proe to Kent O. Christensen |
| 64 | November 17, 2015 Email from Kent O. Christensen to William B. Burford |
| 65 | August 18, 2015 Email from Jimmy Proe to Lauren McAndrew |
| 66 | Excerpts from the Deposition of Barry Beal Jr., individually and representative of BTA Oil Producers, LLC |
| 67 | January 20, 2016 BTA Letter to TDY Industries, LLC |
| 68 | April 5, 2016 Opinion of Title issued by William B. Burford |
| 69 | April 6, 2016 Opinion of Title issued by William B. Burford |
| 70 | May 14, 2016 BTA Purchase Proposal Letter to U.S. Borax, Inc. |
| 71 | May 20, 2016 Email from Jimmy Proe to Willis Price |
| 72 | May 27, 2016 William B. Burford Letter to BTA Oil Producers, LLC |
| 73 | December 7, 2016 Mineral Deed from U.S. Borax Inc. to BTA Oil Producers, LLC |
| 74 | January 18, 2017 BTA Purchase Proposal Letter to U.S. Borax, Inc. |
| 75 | March 15, 2017 BTA Purchase Proposal Letter to U.S. Borax, Inc. |
| 76 | October 25, 2017  Willis Price email to Jimmy Proe |
| 77 | November 6, 2017 Email from Willis Price to William B. Burford |
| 78 | November 15, 2017 Email from Willis Price to Jimmy Proe |
| 79 | November 16, 2017 Counsel for TDY Industries, LLC Letter to BTA Oil Producers, LLC |
| 80 | November 30, 2017 Assignment of Claims by U.S. Borax Inc. to BTA Oil Producers, LLC |
| 81 | December 4, 2017 Mineral Deed from U.S. Borax Inc. to BTA Oil Producers, LLC |
| 82 | June 29, 2018 Letter of Intent |
| 83 | Excerpts from Deposition of Bruce Blacker |
| 84 | Davis Expert Report Exhibit 7 |

143855117.1